# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EDWARD SUTTON, derivatively on behalf of HCA HOLDINGS, INC. | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:11-CV-1163 |
| v. | )<br>) |
| RICHARD M. BRACKEN, R. MILTON JOHNSON, CHRISTOPHER J. BIROSAK, JOHN P. CONNAUGHTON, JAMES D. FORBES, KENNETH W. FREMAN, THOMAS F. FRIST, III, WILLIAM R. FRIST, CHRISTOPHER R. GORDON, MICHAEL W. MICHELSON, JAMES C. MOMTAZEE, STEPHEN G. PAGLIUCA, NATHAN C. THORNE, JAY O. LIGHT and GEOFFREY G. MYERS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants, | ) |
| and | )<br>) |
| HCA HOLDINGS, INC., a Delaware Corporation, | )<br>)<br>) |
| Nominal Defendant. | ) |

(Additional caption on next page)

**MOTION TO FILE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF ERIC J. SCHROEDER'S MOTION FOR THE APPOINTMENT OF CO-LEAD COUNSEL AND LIAISON COUNSEL AND IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**