UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC J. SCHROEDER | ) | |
| | ) | NO. 3:11-1185 |
| v. | ) | JUDGE SHARP |
| | ) | |
| RICHARD M. BRACKEN, et al., | ) | |

## ORDER

Pending before the Court is a Motion of Plaintiff Sutton to Consolidate Cases and Appoint Co-Lead and Liaison Counsel (Docket No. 4) and Joint Notice of Related Case and Motion for Transfer (Docket No. 9).

The motion to consolidate is GRANTED in part, and this action is now consolidated with *Edward Sutton v. Richard M. Bracken, et al, Case No. 3:11-1163*.

In the Order entered December 22, 2011, Judge Nixon reassigned this case to Judge Sharp (Docket No. 6) therefore, the motion to transfer is DENIED as moot.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE